141 A.3d 1237

**Patricia M. WHITE, Petitioner**

**v.**

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Respondent.**

Supreme Court of Pennsylvania.

July 12, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of July, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue presented by petitioner and rephrased for clarity is whether expert opinion testimony and video evidence offered by a plaintiff to establish the extraordinary or unusual movement of a bus in a "jerk and jolt" case is sufficient to overcome a motion for nonsuit?